# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Mark S. Henley ,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          3:11-cv-00488-FDW-DSC

Michael J. Astrue ,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/10/2012 Order.

                                    Signed: July 10, 2012

Frank G. Johns, Clerk
United States District Court